UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

DORIS PRICE,

    Plaintiff,

JUDGMENT IN CIVIL CASE

V.

CASE No.  1:23-cv-01277-cgc

LELAND DUDEK,[1]
*ACTING COMMISSIONER OF SOCIAL SECURITY*,

    Defendant.

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** in compliance with the Order Granting Sentence Four Remand, entered on March 5, 2025, the decision of the Commissioner is REVERSED, and the action is REMANDED for further fact finding pursuant to sentence four of 42 U.S.C. § 405(g).

**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

Date: March 6, 2025

s/Wendy Oliver
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).